IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MICHAEL C. HONACHI,

        Plaintiff,         No.  03:13-cv-00217-ST

    v.

AIR PRODUCTS AND CHEMICALS, INC.    ORDER

        Defendant.

HERNANDEZ, District Judge:

    Magistrate Judge Stewart issued a Findings and Recommendation (#12) on March 27, 2013, in which she recommends that this Court deny plaintiff's motion to remand. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de*

1 - ORDER

*novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Stewart's Findings & Recommendation [12].

Accordingly, plaintiff's motion to remand [7] is denied.

IT IS SO ORDERED.

DATED this 23 day of April, 2013.

MARCO A. HERNANDEZ
United States District Judge